(92 South. 372)

Nos. 25185–25187.

## STATE v DORR. SAME v BOASBERG. SAME v SHAW.

(May 15, 1922.)

Appeal from Criminal District Court, Parish of Orleans; N. E. Humphrey, Judge.

Remy Dorr, Mark Boasberg, and T. J. Shaw were convicted of offenses, and they appeal. Judgment and sentence set aside, demurrer sustained, and accused discharged.

Walter L. Gleason, John C. Davey, Warren Doyle, and Chandler Luzenberg, all of New Orleans, for appellants.

A. V. Coco, Atty. Gen., and Robert H. Marr, Dist. Atty., of New Orleans, for the State.

By the WHOLE COURT.

ST. PAUL, J. In all the above cases, for the reasons assigned in State v. Harry Gardner (No. 25184 La.) ante, p. 874, 92 South. 368, this day decided.

The judgment and sentence of the lower court are therefore set aside; and it is now ordered that the demurrer be sustained and the accused be discharged.

LAND, THOMPSON, and BAKER, JJ., dissent.